### UNITED STATES of America, Plaintiff–Appellee,

v.

### David Zeidel DIAMAND, Defendant–Appellant.

No. 03–50174.
D.C. No. CR–01–01415–BTM.

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2005.*

Decided June 24, 2005.

Michael J. Crowley, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

David Zeidel Diamand, San Diego, CA, pro se.

Antonio F. Yoon, San Diego, CA, for Defendant–Appellant.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

### MEMORANDUM**

David Zeidel Diamand appeals the judgment of conviction and sentence following his guilty plea to conspiracy, wire fraud, mail fraud, and conspiracy to commit money laundering. We have jurisdiction under 28 U.S.C. § 1291.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

All pending motions are denied as moot.

DISMISSED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.